**UNITED STATES of America,**
**Appellee,**

v.

**Elliott M. SUMLIN, Appellant.**

No. 04–2882.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 1, 2006.

Decided: Aug. 3, 2006.

Larry Howard Ferrell, U.S. Attorney's Office, Cape Girardeau, MO, for Appellee.

Elliott M. Sumlin, Forrest City, AR, pro se.

Stephen H. Gilmore, Donald V. Nangle, St. Louis, MO, for Appellant.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

PER CURIAM.

Elliott M. Sumlin appeals the sentence the district court[1] imposed after he pleaded guilty to conspiring to distribute more than 50 grams of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846. His counsel has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court abused its discretion by imposing a 135–month sentence and plainly erred under *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), by applying the Guidelines as mandatory.

We enforce the broad appeal waiver included in Sumlin's plea agreement: the plea colloquy reflects that Sumlin understood and voluntarily accepted the terms of the plea agreement, including the waiver; this appeal falls within the scope of the waiver; and no injustice would result. *United States v. Andis*, 333 F.3d 886, 889–92 (8th Cir.2003) (en banc) (court should enforce appeal waiver and dismiss appeal where it falls within scope of waiver, both plea agreement and waiver were entered into knowingly and voluntarily, and no miscarriage of justice would result; one important way district court can ensure plea agreement and appeal waiver are knowing and voluntary is to properly question defendant about decision to enter agreement and to waive right to appeal). The waiver also covered any issues under *Booker*. See *United States v. Fogg*, 409 F.3d 1022, 1025 (8th Cir.2005) (unless expressly reserved, right to appellate relief under *Booker* is among rights waived by valid appeal waiver, even if parties did not anticipate *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), or *Booker*).

Accordingly, we dismiss the appeal.

---

1. The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.